UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA FOREST, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-v.-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | 23 Civ. 00743 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

　　For the reasons stated on the record at the July 18, 2023 conference, the Court adopts the parties' proposed preliminary injunction order, which will be so-ordered forthwith; and grants Plaintiffs' unopposed motion to waive the posting of a bond pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

　　The Clerk of Court is directed to terminate ECF Nos. 6 and 10.

　　SO ORDERED.

Dated: July 18, 2023
　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge