UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA FOREST et al.,<br><br>                          Plaintiffs,<br><br>-v.-<br><br>CITY OF NEW YORK et al.,<br><br>                          Defendants. | 23 Civ. 00743 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

As stated on the record at the January 30, 2024 conference:

- the fact discovery deadline is extended from January 31, 2024 to March 1, 2024;

- the expert discovery deadline is correspondingly extended from March 29, 2024 to April 29, 2024; and

- on February 9 and February 23, 2024, the parties shall file a joint letter updating the Court on the progress of discovery, including the production of documents and the parties' negotiations regarding search terms and any other issues.

SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                                                JENNIFER H. REARDEN
                                                                United States District Judge