Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 99.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: April 22, 2024

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212)-356-0886
AlfMille@law.nyc.gov
(not for service)

April 24, 2024

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

Re: *Forest* et. al. *v. City of New York et. al.,* Civ. 23-cv-00743

Dear Judge Rearden:

I write on behalf of the parties with the Plaintiffs to respectfully request a two-week extension of time to submit a proposed Amended Case Management Plan to May 6, 2024. The parties apologize for the belated extension request in light of Your Honor's Individual Rules and Practices.

On March 5, 2024, the Court issued an order (ECF 98) endorsing the parties' prior discovery plan which provided for production of the requested client files by March 15, 2024 and non-email documents by April 1, 2024 and directed the parties to submit an amended case management plan on or before April 22, 2024. (ECF 98). Following the production of those documents, the parties have met and conferred regarding how to proceed with e-discovery of the email documents and to propose an amended case management plan. The parties are requesting the additional two weeks, until May 6, 2024, to reach final agreement upon the procedure for production of email documents and for Defendants to obtain the necessary approvals to follow such procedure. The parties would then submit an Amended Case Management Plan on or before May 6, 2024.

I thank the Court for the consideration of this request.

Respectfully,

*Alfred Miller, Jr.*
Alfred Miller, Jr.
Assistant Corporation Counsel

1