

49 Thomas Street, 5th Floor
New York, NY 10013
(212) 577-3300
https://www.legalaidnyc.org/

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

*By ECF*

November 14, 2025

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:   Status Update in *Forest, et al. v. City of New York, et al., 23-CV-00743*

Dear Judge Rearden:

We write on behalf of the parties in *Forest, et al. v. City of New York, et al.* to provide the Court with a status update pursuant to the Court's order to file a joint status letter by November 14, 2025 (ECF 117).

The Parties are pleased to report that we have reached full agreement and have a fully executed Stipulation of Settlement.

The federal government's lapse in appropriations and its effect on the administration of the Supplemental Nutrition Assistance Program delayed the Parties' finalization of the proposed notice to class members. The Parties have exchanged drafts and intend to finalize the notice early next week.

Plaintiffs plan to file the motion for preliminary approval, proposed notice to the class, and fully executed Stipulation of Settlement on or before Friday, November 21, 2025.

As always, the Parties are willing to appear at the Court's request to answer any questions Your Honor may have.

Respectfully submitted,

| | |
|---|---|
| /s/ Emily Lundgren | /s/ Alfred Miller, Jr. |
| Emily Lundgren | Muriel Goode-Trufant |
| The Legal Aid Society | Corporation Counsel of the City of New York |
| 49 Thomas Street, 5th Floor | By, Alfred Miller, Jr. |
| New York, NY 10013 | 100 Church Street |
| (646) 946-0897 | New York, NY 10007 |
| elundgren@legal-aid.org | (212) 356-2392 |
| *Counsel for Plaintiffs* | alfmiller@law.nyc.gov |
| | *Counsel for Defendants* |