**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MARIA FOREST, LARYSA NAZARENKO, SVITLANA ANTOSHCHENKO, and GLENNICE SIMON, individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF NEW YORK, MOLLY PARK, in her official capacity as Commissioner, New York City Department of Social Services,[1] and LISA FITZPATRICK,[2] in her official capacity as Administrator, New York City Human Resources Administration,<br><br>        Defendants. | Civil Action No. 1:23-cv-00743<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; DIRECTING NOTICE OF SETTLEMENT TO CLASS; AND SCHEDULING FAIRNESS HEARING |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement, and all prior pleadings and proceedings had herein, Lead Plaintiffs Maria Forest, Larysa Nazarenko, Svitlana Antoshchenko, and Glennice Simon, by and through their attorneys, hereby move the Court, before the Honorable Jennifer H. Rearden, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for entry of the [Proposed] Order Preliminarily Approving Class Settlement, Approving Class Notice, and

---

[1] Effective March 7, 2023, Gary Jenkins resigned as Commissioner of the New York City Department of Social Services. Molly Park succeeded Gary Jenkins as Commissioner of the New York City Department of Social Services. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Park is automatically substituted for Gary Jenkins as Defendant in this action.

[2] Effective October 30, 2023, Lisa Fitzpatrick resigned as Administrator, New York City Human Resources Administration. Scott French succeeded Lisa Fitzpatrick as Administrator, New York City Human Resources Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Administrator French is automatically substituted for Lisa Firzpatrick as Defendant in this action.

Scheduling Fairness Hearing: (1) granting preliminary approval of the proposed Settlement; (2) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

DATED: December 5, 2025

By:  /s/ Abby Biberman
         Abby Biberman

Abby Biberman
Julia Russell
Kate Fetrow
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
Tel: (212) 613-5000
abiberman@nylag.org
jrussell@nylag.org


By:  /s/ Emily Lundgren
         Emily Lundgren

Emily Lundgren
Katie Kelleher
Rachel Clapp
Evan Henley
Susan Welber
Laboni Rahman
Edward Josephson
Anne Callagy
Judith Goldiner
THE LEGAL AID SOCIETY
49 Thomas Street, 5th Floor
New York, NY 10013
(212) 298-5232
elundgren@legal-aid.org
kkelleher@legal-aid.org
rclapp@legal-aid.org

By:  /s/ Benjamin E. Rosenberg
         Benjamin E. Rosenberg

Benjamin E. Rosenberg
Arielle Dragon
Andrew Stahl
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 613-5000
benjamin.rosenberg@dechert.com
arielle.dragon@dechert.com
andrew.stahl@dechert.com

ewhenley@legal-aid.org
sewelber@legal-aid.org
lrahman@legal-aid.org
ejosephson@legal-aid.org
acallagy@legal-aid.org
jgoldiner@legal-aid.org

***Attorneys for Plaintiffs***