UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA FOREST, LARYSA NAZARENKO, SVITLANA ANTOSHCHENKO, and GLENNICE SIMON, individually and on behalf of all persons similarly situated,<br><br>                     Plaintiff,<br><br>       -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                  Defendants. | 23 Civ. 743 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Before the Court is the Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of the Proposed Class Fairness Notice Plan.  ECF No. 120.

IT IS HEREBY ORDERED that, on **March 2, 2026** at **10:00 a.m**., a telephone conference will be held to discuss preliminary approval of the settlement.  Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 931534291#.  Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated:    February 25, 2026
          New York, New York

                                           JENNIFER H. REARDEN
                                         United States District Judge