**THE LEGAL AID SOCIETY**
**CIVIL**

49 Thomas Street, 5th Floor
New York, NY 10013
(212) 577-3300
https://www.legalaidnyc.org/

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

*By ECF*

March 16, 2026

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:   Revised Documents in *Forest, et al. v. City of New York, et al., 23-CV-00743*

Dear Judge Rearden:

Attached please find revisions to the Class Settlement Notice and the Proposed Order. As outlined in your March 2, 2026 Order (ECF 125), we have included final versions and redlines for comparison.

The Defendants will file a letter shortly explaining the decision not to list the languages in the official Class Settlement Notice text. We have revised the Proposed Order to remove the sentence in paragraph 6 which refers to submitting papers "after the date of the Fairness Hearing." We will also email a word version of the Proposed Order to Chambers.

Respectfully submitted,

 */s/ Emily Lundgren*
Emily Lundgren
The Legal Aid Society
49 Thomas Street, 5th Floor
New York, NY 10013
(646) 946-0897
elundgren@legal-aid.org
*Counsel for Plaintiffs*