**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
**ABOUT SNAP AND CASH ASSISTANCE BENEFITS**

**Who Should Read ~~This~~this Notice?**

~~Do you~~You should read this notice if:

1. ~~You~~ live in New York City~~?~~: AND

2. ~~Are you~~You are applying or recertifying for SNAP (formerly known as the Food Stamp Program) or Cash Assistance benefits (including HASA clients), or ~~did~~ you ~~apply~~have applied or ~~recertify~~recertified for SNAP or Cash Assistance benefits (including HASA clients) since March 2020~~?~~.

**If ~~you answered yes to Question~~ both ~~#~~1 ~~AND Question~~ and ~~#~~2 are true, a proposed class action settlement may affect you.** ~~-~~Please read this entire notice for details.

**What Is ~~This~~this Case About?**

A settlement has been reached in a class action lawsuit against New York City. The lawsuit is called *Forest v. City of New York*, 23-CV-00743 (JHR). The lawsuit alleged that the New York City Human Resources Administration ("HRA") did not process applications and recertifications for SNAP and Cash Assistance benefits within the legally required timeframe. The case also claimed that HRA did not maintain systems that allowed people to successfully apply or recertify for benefits. Plaintiffs claim that these failures violated the federal Food and Nutrition Act of 2008, the New York Social Services Law, and federal and state due process requirements. The parties have submitted the settlement agreement to the Court for its approval.

**Who Is Affected by the Settlement?**

The Court has certified a class of all individuals residing in New York City who are applying or recertifying for SNAP or Cash Assistance benefits or have applied or recertified since March 19, 2020, who either (1) experienced a delay in the processing of their application or recertification or (2) were unable to complete their application or recertification because of HRA's systems and procedures ("**Class Members**").

The Legal Aid Society, New York Legal Assistance Group and Dechert LLP represent ~~the~~ Class Members.

**What Are the Terms of the Settlement?**

The key terms of the proposed settlement are as follows:

1. HRA will process all applications and recertifications in the time required by law. HRA will also meet clear benchmarks on the processing of cases.

2. HRA will reduce wait times for callers to On-Demand interview lines, provide same-day callback options, and inform applicants and recipients of their right to interview in person at HRA centers.

3. HRA will update the ACCESS HRA website and mobile applications to identify client documents that HRA is unable to read or use.

4. HRA will improve its systems, including by making it easier for clients to upload documents through ACCESS HRA, creating receipts, and using new tools to prevent wrongful denials.

5. HRA will provide monthly reports on case processing, timeliness, and call wait times to allow plaintiffs' counsel to check that HRA is complying with this settlement.

6. HRA will provide updated training to staff about new procedures, client communication, and technology to improve HRA services and reduce errors.

**How to Get Additional Information**

**For a copy of the proposed settlement agreement or to get additional information about the settlement, please visit nylag.org/Forest or call or email the attorneys for the Class Members at 212-298-3100 or ForestLawsuit@nylag.org.**

**Is this Notice Available in Other Languages?**

Yes.  To read this notice in a different language, scan the QR codes on this page, or ask someone at this location for the QR code.

**If I Agree with the Settlement, Do I Have to Do Anything?**

No. If you agree with the settlement, you do **NOT** need to do anything. If the Court approves the settlement, you will see changes to HRA's processes for applications and recertifications for SNAP and Cash Assistance benefits, to make it easier for you to comply with the application and recertification requirements.

**How to Object to the Settlement**

If you are a Class Member, you can object to the settlement if you feel that it is not fair, reasonable, or adequate. You must object before [date]. This settlement is not yet final. The Court will review all Class comments before approving the settlement. If the Court approves the settlement, all Class Members will be bound by the terms of the settlement.

Class Members can object to or comment on the settlement in ~~three~~two ways:

1. You can object in person by coming to the fairness hearing before the Hon. Jennifer H. Rearden on _____, 2026 at _____ a.m. at the following address: United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 12B, New York, NY 10007.

2. You can email or mail a written statement with your objections or comments on the settlement to the attorneys for the Class Members.
    - Write "Forest Class Action" in the email subject or at the top of the paper.
    - Include your name, address, telephone number, and the reasons you object to the settlement.
    - Email your objection to ForestLawsuit@nylag.org by [Date].
    - Mail your objection to the following address by [Date]:  Emily Lundgren, The Legal Aid Society, 49 Thomas Street, 5th Floor, New York, NY 10013.

3. ~~You can mail a written statement containing your objections or comments on the settlement to the~~

Court.

- Write "Forest Class Action" at the top of the paper.
- Include your name, address, telephone number, and the reasons you object to the settlement.
- Your letter must be postmarked by [Date] and mailed to: Hon. Jennifer H. Rearden, United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 12B, New York, NY 10007.

If you have any questions, you can call the attorneys for the Class Members at 212-298-3100.